■ In the Matter of the Dissolution of PENEPENT CORPORA-
TION, INC. ESTATE OF FRANCIS PENEPENT, Respondent; RICHARD
S. PENEPENT, Appellant. [643 NYS2d 436] —Order unanimously
affirmed with costs for reasons stated in decision at Supreme
Court, Morton, J. (Appeal from Order of Supreme Court, Gen-
esee County, Morton, J.—Corporate Dissolution.) Present—
Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ In the Matter of RIVER OAKS MARINE, INC., Appellant, v
RIVER OAKS MARINA ASSOCIATES, INC., et al., Respondents. (Ap-
peal No. 1.) [643 NYS2d 458] —Judgment unanimously affirmed
with costs. Same Memorandum as in *Matter of River Oaks
Mar. v River Oaks Marina Assocs.* ([appeal No. 3] 227 AD2d
897 [decided herewith]). (Appeal from Judgment of Supreme
Court, Erie County, Notaro, J.—CPLR art 78.) Present—Green,
J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ In the Matter of RIVER OAKS MARINE, INC., Appellant, v
RIVER OAKS MARINA ASSOCIATES, INC., et al., Respondents. (Ap-
peal No. 2.) [643 NYS2d 458] —Order unanimously affirmed with
costs. Same Memorandum as in *Matter of River Oaks Mar. v
River Oaks Marina Assocs.* ([appeal No. 3] 227 AD2d 897
[decided herewith]). (Appeal from Order of Supreme Court,
Erie County, Notaro, J.—Amend Pleadings.) Present—Green,
J. P., Lawton, Wesley, Doerr and Boehm, JJ.